1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORP., | Case No. 2:14-cv-01085-JCM-VCF |
| Plaintiff, | ORDER |
| v. | |
| JUDY LAUN, *et al.,* | |
| Defendants. | |

16     Presently before the court is defendants Judy Laun and Amnet, Inc.'s proposed judgment.

17 (Doc. # 50). On March 17, 2016, the court entered summary judgment in favor of defendants on

18 plaintiff's claim for equitable subrogation. (*See* doc. # 47). The court ordered defendants to

19 "submit an appropriate judgment consistent with th[e] order." (*Id.*)

20     Defendants have failed to do so. The judgment proposed by defendants is on a form created

21 by the Administrative Office of the United States Courts. The form is used by the clerk's office

22 when the court instructs *the clerk* to enter judgment. Here, the court ordered defendants to prepare

23 a judgment for the undersigned to review and endorse. The judgment should be drafted by

24 defendants, should not be on a form intended for use by the clerk's office, and should be submitted

25 to the court on pleading paper in a form consistent with the federal and local rules.

26     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants Judy Laun

27 and Amnet, Inc.'s proposed judgment (doc. # 50) be, and the same hereby is, REJECTED.

28

1    IT IS FURTHER ORDERED that defendants Judy Laun and Amnet, Inc's shall submit an

2 appropriate judgment consistent with this order and the court's March 17, 2016, order (doc. # 47)

3 within seven (7) days of the entry of this order.

4    DATED THIS 25th day of April 2016.

5

6                                                      _____
                                                       JAMES C. MAHAN
7                                                       UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28