Melissa J. Roose
Nevada Bar No. 007889
mroose.@wshblaw.com
Elisa L. Wyatt
Nevada Bar No. 013034
ewyatt@wshblaw.com
Wood, Smith, Henning & Berman LLP
7674 West Lake Mead Boulevard, Suite 150
Las Vegas, Nevada 89128-6644
Telephone: 702 251 4100
Facsimile: 702 251 5405

Attorneys for Judy Laun and Amnet, Inc. dba
American Insurance Network

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> JUDY LAUN, AMNET, INC., DOES 1 THROUGH 20 AND ROE CORPORATIONS 1 THROUGH 20, INCLUSIVE, <br><br> Defendants. | Case No. 2:14-CV-01085 <br><br> **JUDGMENT** |

The Court having entered its Order GRANTING Defendants Motion for Summary Judgment (Doc. #47), now enters final judgment as follows:

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants Judy Laun and Amnet, Inc. and against Plaintiff American Alternative Insurance Corp., on all claims asserted by Plaintiff, Plaintiff shall recover nothing and the action be dismissed with prejudice on the merits.

Dated: May 12, 2016

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE