1   Melissa J. Roose
    Nevada Bar No. 007889
2   mroose@wshblaw.com
    Elisa L. Wyatt
3   Nevada Bar No. 013034
    ewyatt@wshblaw.com
4   Wood, Smith, Henning & Berman LLP
    7674 West Lake Mead Boulevard, Suite 150
5   Las Vegas, Nevada 89128-6644
    Telephone: 702 251 4100
6   Facsimile: 702 251 5405

7   Attorneys for Judy Laun and Amnet, Inc. dba
    American Insurance Network

8

9                 **UNITED STATES DISTRICT COURT**

10                    **DISTRICT OF NEVADA**

11  AMERICAN ALTERNATIVE INSURANCE          Case No. 2:14-CV-01085
    CORP.,
12
                    Plaintiff,
13                                          **STIPULATION FOR DISMISSAL WITH**
         v.                                          **PREJUDICE**
14
    JUDY LAUN, AMNET, INC., DOES 1
15  THROUGH 20 AND ROE CORPORATIONS
    1 THROUGH 20, INCLUSIVE,
16
                    Defendants.
17

18       Defendants, by and through their attorneys of record, the law firm of Wood, Smith, Henning &

19  Berman, LLP; and Plaintiff, by and through its attorney of record, Jonathan B. Owens, Esq. of the law

20  firm of Alverson, Taylor, Mortensen & Sanders, hereby stipulate that that the Complaint of Plaintiff is

21  hereby DISMISSED WITH PREJUDICE, along with any and all of Plaintiff's claims against ALL

22  Defendants in this matter, each party to bear their own attorneys' fees and costs.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7674 WEST LAKE MEAD BOULEVARD, SUITE 150
LAS VEGAS, NEVADA 89128-6644
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

This matter may be closed by the Court. Any jury fees deposited by any party shall be returned to their counsel of record.

**STIPULATED AND AGREED TO:**

DATED: 9-8-16

WOOD, SMITH, HENNING & BERMAN LLP

By: _____
    MELISSA J. ROOSE, ESQ.
    ELISA L. WYATT, ESQ.
Attorneys for Judy Laun and Amnet, Inc. dba American Insurance Network

DATED: 9-8-16

ALVERSON, TAYLOR, MORTENSEN & SANDERS

By: _____
    JONATHAN B. OWENS, Esq.
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: September 9, 2016 _____

LEGAL:06143-0390/6141474.1

-2-

Case No. 2:14-CV-01085

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7674 WEST LAKE MEAD BOULEVARD, SUITE 150
LAS VEGAS, NEVADA 89128-6644
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405